UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

| | |
|---|---|
| NML CAPITAL, LTD., | |
| Plaintiff, | 08 Civ. 6978 (TPG) |
| | 09 Civ. 1707 (TPG) |
| | 09 Civ. 1708 (TPG) |
| v. | 14 Civ. 8988 (TPG) |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

---------------------------------------------------------- x

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., | 09 Civ. 8757 (TPG) |
| | 09 Civ. 10620 (TPG) |
| Plaintiffs, | |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

---------------------------------------------------------- x

| | |
|---|---|
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD., | 10 Civ. 1602 (TPG) |
| | 10 Civ. 3507 (TPG) |
| Plaintiffs, | |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | **(captions continued on next page)** |

---------------------------------------------------------- x

**DECLARATION OF MARC G. FARRIS IN SUPPORT OF
PLAINTIFFS' MOTIONS FOR LEAVE TO
AMEND AND SUPPLEMENT COMPLAINTS**

3076926.1

```
------------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and                       :
AURELIUS OPPORTUNITIES FUND II, LLC,                    :   10 Civ. 3970 (TPG)
                                                        :   10 Civ. 8339 (TPG)
                        Plaintiffs,                     :
                                                        :
        v.                                              :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                        Defendant.                      :
------------------------------------------------------- x
BLUE ANGEL CAPITAL I LLC,                               :
                                                        :
                        Plaintiff,                      :   10 Civ. 4101 (TPG)
                                                        :   10 Civ. 4782 (TPG)
        v.                                              :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                        Defendant.                      :
------------------------------------------------------- x
OLIFANT FUND, LTD.,                                     :
                                                        :
                        Plaintiff,                      :   10 Civ. 9587 (TPG)
                                                        :
        v.                                              :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                        Defendant.                      :
------------------------------------------------------- x
```

I, Marc G. Farris, declare as follows:

1. I am an associate at the law firm of Friedman Kaplan Seiler & Adelman LLP, counsel to Plaintiffs Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunities Fund II LLC, and Blue Angel Capital I LLC (along with NML Capital, Ltd. and Olifant Fund, Ltd., "Plaintiffs") in the above-captioned actions.

3076926.1

2. I make this Declaration to put before this Court certain documents related to Plaintiffs' motions for leave to amend and supplement their complaints. The attached documents were assembled either by me or by other persons working at my firm.

3. Attached hereto as Exhibit 1 is a true and correct copy of an article by Christopher Bjork published by Dow Jones & Company titled *Repsol Rejects YPF Compensation Offer*, dated June 27, 2013.

4. Attached hereto as Exhibit 2 is a true and correct copy of a press release issued by Repsol, S.A. dated November 25, 2013.

5. Attached hereto as Exhibit 3 is a true and correct copy of an Official Notice issued by Repsol, S.A. dated February 25, 2014.

6. Attached hereto as Exhibit 4 is a true and correct copy of a report published by the Frankfurt Börse titled Open Market, Quotation Board, dated January 22, 2015.

7. Attached hereto as Exhibit 5 is a true and correct copy of a certified translation of a Press Release issued by the Argentine Ministry of the Economy titled "Announcement of Early Pay-off through the Purchase of BODEN 2015," dated December 4, 2014.

8. I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed in New York, New York
on this 8th day of June, 2015

_____
Marc G. Farris